

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mario Patterson,                          * From the 259th District Court
                                            of Jones County,
                                            Trial Court No. 023532.

Vs. No. 11-15-00093-CV                    * June 2, 2017

Ronald Fox et al.,                        * Memorandum Opinion by Wright, C.J.
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.